ELECTRONICALLY FILED
Phillips County Circuit Court
Tamekia L. Franklin, Circuit Clerk
2023-Sep-13  13:55:27
54CV-23-175
C01D02 : 2 Pages

## IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
## CIVIL DIVISION

BOBBY LEE JONES                                                      PLAINTIFF

VS.                             NO. _____

TRAVELERS PERSONAL INSURANCE COMPANY              DEFENDANT

### COMPLAINT

Come the Plaintiff, Bobby Lee Jones, by and through his attorney, Phillip Allen, and for his cause of action against the Defendant, Travelers Personal Insurance Company, alleges and states:

1. Plaintiff is a citizen and resident of Phillips County, Arkansas. That the Defendant is a foreign corporation duly organized and authorized to do business under and by virtue of the laws of the State of Arkansas.

2. That the Defendant, Travelers Personal Insurance Company, by and through its authorized agent, issued a Fire Policy for Dwelling to Plaintiff being Policy No. 611669943-653-1. Said policy was in effect on or about May 22, 2022. Said policy is attached hereto. That the Plaintiff, Bobby Lee Jones, sustained a fire loss at the home he owned on or about May 22, 2022, causing damages and total loss of property.

3. That demand for payment has been made upon the Defendant in the amount of $140,000.00 for dwelling, under the policy herein described, which at all times was in full and effect with the premiums timely and properly paid. That said Defendant has failed and refused to pay said benefits to which the Plaintiff is entitled.

4. Plaintiff should have and recover from said Defendant damages in the amount of $140,000.00; 12% penalties and damages as provided by law, interest, reasonable attorney's fees



EXHIBIT A

and costs.

5. That Plaintiff requests a trial by jury.

WHEREFORE, PREMISED CONSIDERED, Plaintiff, Bobby Lee Jones, requests entry of judgement against the Defendant, Travelers Personal Insurance Company, in the amount of $140,000.00, 12% penalties and damages as provided by law, interest, reasonable attorney's fees, costs; and all other relief that this Court may find Plaintiff entitled to under these premises.

Respectfully Submitted,

BOBBY LEE JONES, PLAINTIFF

BY: _____
Phillip Allen
Attorney at Law
Ark. Bar. I.D. #2001213
P.O. Box 2602
West Helena, AR 72390
(870) 572-6065