IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BOBBY LEE JONES**                                                                              **PLAINTIFF**

v.                                            **CASE NO. 2:23-CV-00208-BSM**

**TRAVELERS PERSONAL
INSURANCE COMPANY**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE